**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES NELSON,
D.O.C. # 307445,**

    Plaintiff,

vs.                                        Case No. 4:18cv39-RH/CAS

**FLORIDA STATE PRISON WEST,
et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, is an inmate incarcerated within the Florida Department of Corrections. Plaintiff's inmate number is 307445, and he is currently incarcerated at Gulf Correctional Institution. ECF No. 1 at 1. Plaintiff has submitted a § 1983 civil rights complaint in this Court against several Defendants who all appear to be located in Raiford, Florida, *Id.* at 2, which is not within the Northern District of Florida. There is no need to transfer this case, however, because Plaintiff's in forma pauperis motion should be denied.

Plaintiff has previously filed approximately 200 civil cases. *See* ECF No. 1 at 202-213. The following cases were dismissed in the Middle District of Florida on the grounds that they were frivolous, malicious, or failed to state a claim: case number 3:00cv872, case number 3:00cv873, case number 3:00cv874, case number 3:00cv856, case number 3:00cv857, and case number 3:00cv858.[1] Judicial notice is taken that Plaintiff has more than three "strikes" and is not entitled to proceed with in forma pauperis status pursuant to 28 U.S.C. § 1915(g). *See* case # 1:17cv1186-UNA (District of Columbia); case # 1:17cv91-MW-GRJ (N.D. Fla.), case # 4:10cv398-MP-WCS (N.D. Fla.), and case # 4:09cv315-WS-GRJ. Thus, Plaintiff is well aware that he must pay the Court's filing fee at the time he submits a civil complaint due to the number of prior cases dismissed under 28 U.S.C. § 1915(g).

The only exception to that requirement is if a prisoner is under imminent danger of serious physical injury from a named Defendant. That exception is not applicable here because Plaintiff is not located at the same prison with any of the named Defendants. ECF No. 1 at 2. This case should be dismissed.

---

[1] There is no reason to cite all of Plaintiff's prior cases as it is clear that he is barred by § 1915(g) and cannot proceed with in forma pauperis status.

Case No. 4:18cv39-RH/CAS

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, be **DENIED** pursuant to 28 U.S.C. § 1915(g) and this case be summarily **DISMISSED**. It is further **RECOMMENDED** that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on January 22, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**